MICHAEL A. BARNETT, P.C.
ATTORNEY AT LAW
1825 PARK AVENUE, 9th FLOOR
NEW YORK, NEW YORK 10035
www.michaelbarnettesq.com
mbarnett@michaelbarnettesq.com

TEL (212) 697-1300
FAX (212) 297-0504

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

September 30, 2026

9/30/2026
OK but this is 4th last 4 extension of time

MEMO ENDORSED

Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Otoya v. Port Authority of New York and New Jersey
Index No. 1:25-cv-0931-CM
Our File No. 23128

Dear Judge McMahon:

As the Court is aware this office represents the Plaintiff in the above entitled matter. Presently, revised Scheduling Order dictates that discovery must be completed by September 30, 2026. I am once again with the consent of defense counsel requesting an extension of time to complete fact and expert discovery. The original deadline was June 15, 2026 which was then extended by the Court to September 30, 2026. The reasons for the extension request are the depositions of one of the responding police officers as well as a sergeant who appeared at the scene of the incident. The deposition of the officer was originally scheduled for but was adjourned upon the officer's request. Defense counsel then exchanged the name of the sergeant as a possible witness, and it was agreed that I would take both of the witness's depositions on their next available date, October 19, 2026. I am therefore requesting a further extension of sixty (90) days to December 30, 2026 in order to complete fact and expert discovery. I am enclosing a proposed Revised Scheduling Order for your Honor's consideration. Thank you for your professional courtesies.

Respectfully submitted,

M Barnett

Michael A. Barnett

cc: Nicholas Mino, Esq.
Attorney for Defendants